IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

DAMIEN HATCHETT,           )
 Plaintiff,              )                    Civil Action No. 7:12-cv-00138
                          )
v.                         )                    **FINAL ORDER**
                          )
MAJOR WITCHER, <u>et al.</u>,   )                    By: Norman K. Moon
 Defendants.             )                    United States District Judge

    In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Hatchett's motion to proceed *in forma pauperis* (Docket No. 5) is **GRANTED**; this action is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. §1915(e)(2)(B)(ii); and this case is hereby **STRICKEN** from the active docket of the court.

    The Clerk of the Court is directed to     send a certified copy of     this Order and the accompanying Memorandum Opinion to plaintiff.

    **ENTER**: This 27$^{8h}$ day of March, 2012.

                                                 */s/ Norman K. Moon*
                                                 NORMAN K. MOON
                                                 UNITED STATES DISTRICT JUDGE