IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DAMIEN HATCHETT, )<br> Plaintiff, ) | ) | Civil Action No. 7:12-cv-00138 |
| v. ) | ) | **FINAL ORDER** |
| MAJOR WITCHER, <u>et al.</u>, )<br> Defendants. ) | ) | By: Norman K. Moon<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

### ORDERED

that Hatchett's motion to proceed *in forma pauperis* (Docket No. 5) is **GRANTED;** this action is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. §1915(e)(2)(B)(ii); and this case is hereby **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 27$^{8h}$ day of March, 2012.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE